UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:26-CR-16 |
| Plaintiff, | JUDGE Marbley |
| v. | INDICTMENT |
| WILLIAM A. TURNER, | 18 U.S.C. § 2 |
| | 18 U.S.C. § 922(g)(1) |
| RASHIED HOUSTON, | 18 U.S.C. § 922(o)(1) |
| | 18 U.S.C. § 924(a)(2) |
| KHALID DORSEY, | 18 U.S.C. § 924(a)(8) |
| | 18 U.S.C. § 933(a)(1) |
| JEFFREY PERRY, | 18 U.S.C. § 933(b) |
| | 21 U.S.C. § 841(a)(1) |
| ROBERT PHILLIPS, | 21 U.S.C. § 841(b)(1)(C) |
| and | 21 U.S.C. § 856(a)(1) |
| KEVIN FOWLER, | FORFEITURE ALLEGATIONS |
| Defendants. | |

THE GRAND JURY CHARGES:

### COUNT 1
### (Distribution of Cocaine)

1. On or about August 7, 2025, in the Southern District of Ohio, the defendant, **WILLIAM A. TURNER**, knowingly and intentionally distributed a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).

### COUNT 2
### (Distribution of Cocaine)

2. On or about August 26, 2025, in the Southern District of Ohio, the defendant, **WILLIAM A. TURNER**, knowingly and intentionally distributed a mixture or substance

1

containing a detectible amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT 3
### (Distribution of Cocaine)

3.  On or about September 12, 2025, in the Southern District of Ohio, the defendant, **WILLIAM A. TURNER**, knowingly and intentionally distributed a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT 4
### (Felon in Possession of a Firearm)

4.  On or about September 12, 2025, in the Southern District of Ohio, the defendant, **KEVIN FOWLER**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, one Smith & Wesson, M&P Shield, .40 caliber pistol, serial number HVZ3185, and one Derya Arms, 12-gauge shotgun, serial number R436564, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT 5
### (Possession and Transfer of a Machinegun)

5.  On or about September 16, 2025, in the Southern District of Ohio, the defendants, **RASHIED HOUSTON** and **KHALID DORSEY**, did knowingly possess and transfer a machinegun, that is, a Glock GMBH, Model 22Gen5, .40 caliber pistol, serial number BXAE086, with an attached conversion device, commonly referred to as a "Glock switch," which is a part or combination of parts designed and intended for use in converting a weapon into a machinegun.

**In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2) and 18 U.S.C. § 2.**

## COUNT 6
### (Trafficking in Firearms)

6. On or about September 16, 2025, in the Southern District of Ohio, the defendants, **RASHIED HOUSTON** and **KHALID DORSEY**, knowingly and unlawfully transferred and otherwise disposed of a firearm, specifically, a Glock GMBH, Model 22Gen5, .40 caliber pistol, serial number BXAE086, with an attached conversion device, to another person while knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 933(a)(1) and 933(b) and 18 U.S.C. § 2.**

## COUNT 7
### (Possession and Transfer of a Machinegun)

7. On or about September 25, 2025, in the Southern District of Ohio, the defendant, **RASHIED HOUSTON**, did knowingly possess and transfer a machinegun, that is, a Glock GMBH, Model 45, 9mm caliber pistol, serial number BPGR424, with an attached conversion device, commonly referred to as a "Glock switch," which is a part or combination of parts designed and intended for use in converting a weapon into a machinegun.

**In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).**

## COUNT 8
### (Trafficking in Firearms)

8. On or about September 25, 2025, in the Southern District of Ohio, the defendant, **RASHIED HOUSTON**, knowingly and unlawfully transferred and otherwise disposed of a firearm, specifically, a Glock GMBH, Model 45, 9mm caliber pistol, serial number BPGR424, with an attached conversion device, to another person while knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a

felony, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 933(a)(1) and 933(b).**

## COUNT 9
### (Trafficking in Firearms)

9. On or about October 3, 2025, in the Southern District of Ohio, the defendant, **RASHIED HOUSTON**, knowingly and unlawfully transferred and otherwise disposed of a firearm, specifically, one Ruger-5-7, 5.7x28 caliber pistol, serial number 644-13188, and one Anderson Manufacturing, AM-15, multi-caliber pistol, serial number 21039309, to another person while knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 933(a)(1) and 933(b).**

## COUNT 10
### (Distribution of Cocaine)

10. On or about October 14, 2025, in the Southern District of Ohio, the defendant, **WILLIAM A. TURNER**, knowingly and intentionally distributed a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT 11
### (Felon in Possession of a Firearm)

11. On or about October 14, 2025, in the Southern District of Ohio, the defendants, **WILLIAM A. TURNER** and **ROBERT PHILLIPS**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, one Springfield Armory, XDM Elite, 10mm caliber pistol, serial number BF319564, one Sig Sauer, Model P320, M17, 9mm caliber pistol, serial number M17-113873, and one

Springfield Armory, XDM Elite, 10mm caliber pistol, serial number BE401907, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT 12
### (Trafficking in Firearms)

12. On or about October 14, 2025, in the Southern District of Ohio, the defendant, **WILLIAM TURNER**, knowingly and unlawfully transferred and otherwise disposed of a firearm, specifically, one Springfield Armory, XDM Elite, 10mm caliber pistol, serial number BF319564, one Sig Sauer, Model P320, M17, 9mm caliber pistol, serial number M17-113873, and one Springfield Armory, XDM Elite, 10mm caliber pistol, serial number BE401907, to another person while knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 933(a)(1) and 933(b).**

## COUNT 13
### (Possession and Transfer of a Machinegun)

13. On or about October 17, 2025, in the Southern District of Ohio, the defendant, **RASHIED HOUSTON**, did knowingly possess and transfer a machinegun, that is, a Glock, Model 23, .40 caliber pistol, serial number AHCK089, with an attached conversion device, commonly referred to as a "Glock switch," which is a part or combination of parts designed and intended for use in converting a weapon into a machinegun.

**In violation of 18 U.S.C. §§ 922(o)(1) and 924(a)(2).**

5

## COUNT 14
### (Trafficking in Firearms)

14. On or about October 17, 2025, in the Southern District of Ohio, the defendant, **RASHIED HOUSTON**, knowingly and unlawfully transferred and otherwise disposed of a firearm, specifically, a Glock, Model 23, .40 caliber pistol, serial number AHCK089, with an attached conversion device, to another person while knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 933(a)(1) and 933(b).**

## COUNT 15
### (Distribution of Cocaine)

15. On or about November 12, 2025, in the Southern District of Ohio, the defendant, **WILLIAM A. TURNER**, knowingly and intentionally distributed a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT 16
### (Felon in Possession of a Firearm)

16. On or about November 12, 2025, in the Southern District of Ohio, the defendants, **WILLIAM A. TURNER and JEFFREY PERRY**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, specifically, one Glock GMBH, Model 22, .40 caliber pistol, serial number NBV491, one Glock GMBH, Model 17, 9mm pistol, serial number BVFL730, and one Smith & Wesson, Model XD45, .45 caliber pistol, serial number XS689693, and ammunition, said firearm having been shipped and transported in interstate or foreign commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).**

## COUNT 17
### (Trafficking in Firearms)

17. On or about November 12, 2025, in the Southern District of Ohio, the defendants, **WILLIAM A. TURNER** and **JEFFREY PERRY**, knowingly and unlawfully transferred and otherwise disposed of a firearm, specifically, one Glock GMBH, Model 22, .40 caliber pistol, serial number NBV491, one Glock GMBH, Model 17, 9mm pistol, serial number BVFL730, and one Smith & Wesson, Model XD45, .45 caliber pistol, serial number XS689693, to another person while knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipient would constitute a felony, and the firearm was in and affecting interstate and foreign commerce.

**In violation of 18 U.S.C. §§ 933(a)(1) and 933(b) and 18 U.S.C. § 2.**

## COUNT 18
### (Distribution of Cocaine)

18. On or about November 19, 2025, in the Southern District of Ohio, the defendant, **WILLIAM A. TURNER**, knowingly and intentionally distributed a mixture or substance containing a detectible amount of cocaine, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).**

## COUNT 19
### (Maintaining a Drug Involved Premises)

19. Beginning on or about August 7, 2025, and continuing through the date of this Indictment, the exact dates being unknown to the Grand Jury, in the Southern District of Ohio, the defendant, **WILLIAM A. TURNER**, did knowingly open, lease, rent, use, and maintain a place located at 3904 Preserve Crossing Boulevard, Columbus, Ohio, for the purpose of distributing and using a controlled substance.

**In violation of 21 U.S.C. § 856(a)(1).**

## FORFEITURE ALLEGATION A

20. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

21. Upon conviction of one or more of the offenses set forth in this Indictment in violation of 21 U.S.C. § 841 or 21 U.S.C. § 856, the defendant, **WILLIAM A. TURNER**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

**Forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

## SUBSTITUTE ASSETS

22. If any of the property described above, as a result of any act or omission of the defendant, **WILLIAM A. TURNER**:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) or as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendant, up to the value of the property described above.

## FORFEITURE ALLEGATION B

23. The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

24. Upon conviction of one or more of the offenses set forth in this Indictment, the defendants, **WILLIAM A. TURNER, RASHIED HOUSTON, KHALID DORSEY, JEFFREY PERRY, ROBERT PHILLIPS,** and **KEVIN FOWLER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation(s), including but is not limited to the following:

   a. One Glock GMBH, Model 22, .40 caliber pistol, serial number NBV491, with any attachments;

   b. One Glock GMBH, Model 17, 9mm pistol, serial number BVFL730, with any attachments;

   c. One Smith & Wesson, Model XD45, .45 caliber pistol, serial number XS689693, with any attachments;

   d. One Springfield Armory, XDM Elite, 10mm caliber pistol, serial number BF319564, with any attachments;

   e. One Sig Sauer, Model P320, M17, 9mm caliber pistol, serial number M17-113873, with any attachments;

   f. One Springfield Armory, XDM Elite, 10mm caliber pistol, serial number BE401907, with any attachments;

   g. One Glock GMBH, Model 22Gen5, .40 caliber pistol, bearing serial number BXAE086, with any attachments;

   h. One Taurus G2C, 9mm caliber pistol, serial number 1C152410, with any attachments;

   i. One Taurus Model GX4, 9mm caliber pistol, serial number 1GC60093, with any attachments;

9

    j.    One Titan Tiger, .38 caliber revolver, serial number obliterated, with any attachments;

    k.    One Glock GMBH, Model 45, 9mm caliber pistol, serial number BPGR424, with any attachments;

    l.    One Ruger-5-7, 5.7 x 28 caliber pistol, serial number 644-13188, with any attachments;

    m.    One Anderson Manufacturing, AM-15, multi-caliber pistol, serial number 21039309, with any attachments;

    n.    One Glock, Model 23, 40 caliber pistol, serial number AHCK089, with any attachments;

    o.    One Anderson Manufacturing, AM-15, multi-caliber pistol, bearing serial number 23095152, with any attachments;

    p.    One Smith & Wesson, M&P Shield, .40 caliber pistol, serial number HVZ3185, with any attachments;

    q.    One Derya Arms, 12-gauge shotgun, serial number R436564, with any attachments;

    r.    One 40-round drum magazine for a Glock .40 caliber pistol; and

    s.    All associated ammunition.

**Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

                                                        **A TRUE BILL.**

                                                        *s/FOREPERSON*
                                                        **GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**HEIDY T. CARR (0093524)**
**Special Assistant United States Attorney**
**KEVIN W. KELLEY (0042406)**
**Assistant United States Attorney**